# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - - x
                            :   Chapter 7         2010 FEB 19 AM 11:06
In re:                      :   Case No. 03-26935 JAB
                            :                     DISTRICT OF UTAH
ALLEN STEEL COMPANY,        :   NOTICE OF TRANSFER OF CLAIM
                            :   OTHER THAN FOR SECURITY
                            :   and
              Debtor(s).    :   WAIVING OF NOTICE
                            x
- - - - - - - - - - - - - -
```

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Notice and evidence is hereby given pursuant to FRBP Rule 3001(e)(2) of the transfer other than for security of the claim referenced in this evidence and notice.

**TRANSFEROR:**

| | |
|---|---|
| Tire World | Claim Number: 12 |
| 2627 S 300 W | Claim date: 11/20/2003 |
| Salt lake City, UT 84115 | Last four Digits of account: NONE |
| | ~~Email~~: 108.20 |

Notification is waived with respect to this notice of transfer of Claim pursuant to FRBP Rule 3001.

Sign: _Roger Ashton_   Date: 2-17-10
Print name: ROGER ASHTON   Title: CONTROLLER

**TRANSFEREE NOTICE ADDRESS:**   **TRANSFEREE PAYMENT ADDRESS:**

| | |
|---|---|
| IKP Enterprises | IKP Enterprises |
| 1939 S 1100 E | 1939 S 1100 E |
| Salt Lake City, UT 84106 | Salt Lake City, UT 84106 |
| Mike T. Trustee | Mike T. Trustee |

**I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.**

Transferee/Agent _Mike T. Trustee_   Date: 2/18/10

*Penalty for making a false statement: Fine of up to $500,000 dollars or imprisonment up to 5 years or both 18 U.S.C 152 & 3571*