# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

```
------------------------------------------------ x
                                                 :   Chapter 7
In re:                                           :
                                                 :   Case No. 03-26935 JAB
ALLEN STEEL COMPANY,                             :
                                                 :   APPLICATION FOR
                Debtor(s)                        :   UNCLAIMED FUNDS
                                                 :
------------------------------------------------ x
```

IKP Enterprises hereby petitions the Court for $108.20 being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds. Petitioner certifies that petitioner is an assignee of the present creditor Tire World, in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. The original creditor did not receive the dividend check in the above case for the following reason:

The original creditor Tire World did not receive the funds due to a change of address.

The petitioner's current mailing address is:

IKP Enterprises 1939 S 1100 E,  Salt lake City, UT 84115

**IT APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. section 347 (a) delivered the unclaimed funds to the Clerk. U.S. Bankruptcy Court .

**IT ALSO APPEARING THAT** the original creditor Tire World assigned the claim on 2/17/10 to IKP Enterprises per the attached **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** as Exhibit A

**THEREFORE** the present creditor IKP Enterprises, hereby petitions the court for $108.20., which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due the assignee/creditor. The application is made for an order directing the Clerk of the Court to pay said unclaimed funds to the order of IKP Enterprises, (petitioner).

I certify that on  2/24    2010 I mailed a true & correct copy of this application for unclaimed funds to the United States Attorney at 185 South State Street , Suite 400 , Salt Lake City , Utah  84111

_____          Dated: 2/24/10
Mike T. Trustee
IKP Enterprises



# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - - x
                            :   Chapter 7
In re:                      :   Case No. 03-26935 JAB
                            :
ALLEN STEEL COMPANY,        :   NOTICE OF TRANSFER OF CLAIM
                            :   OTHER THAN FOR SECURITY
                            :   and
            Debtor(s).      :   WAIVING OF NOTICE
                            x
- - - - - - - - - - - - - -
```

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Notice and evidence is hereby given pursuant to FRBP Rule 3001(e)(2) of the transfer other than for security of the claim referenced in this evidence and notice.

**TRANSFEROR:**

Tire World

2627 S 300 W

Salt lake City, UT 84115

Claim Number: 12

Claim date: 11/20/2003

Last four Digits of account: NONE

~~Email~~: 108.20

Notification is waived with respect to this notice of transfer of Claim pursuant to FRBP Rule 3001.

Sign: _Roger Ashton_ (signature)   Date: 2/17/10

Print name: ROGER ASHTON   Title: CONTROLLER

**TRANSFEREE NOTICE ADDRESS:**

IKP Enterprises

1939 S 1100 E

Salt Lake City, UT 84106

Mike T. Trustee

**TRANSFEREE PAYMENT ADDRESS:**

IKP Enterprises

1939 S 1100 E

Salt Lake City, UT 84106

Mike T. Trustee

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Agent _(signature)_   Date: 2/18/10

*Penalty for making a false statement: Fine of up to $500,000 dollars or imprisonment up to 5 years or both 18 U.S.C 152& 3571*

EXHIBIT A

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2007 DEC 11 A 10: 49

DISTRICT OF UTAH
DEPUTY CLERK

Gary E. Jubber, Trustee (1758)
215 South State Street
Twelfth Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>ALLEN STEEL COMPANY,<br><br>Debtor. | Bankruptcy No. 03-26935 JAB<br>Chapter 7<br><br>**DEPOSIT OF<br>UNCLAIMED FUNDS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On November 30, 2007, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 141 | Tire World<br>1313 South 300 West<br>Salt Lake City, UT 84115 | $108.20 |

2. Said check has not been submitted for payment and was returned to sender as *not deliverable as addressed unable to forward.*

3. The Trustee has stopped payment on said check.





## AFFIDAVIT OF CREDITOR

**BE IT ACKNOWLEDGED**, that I, Roger Ashton of Tire World the undersigned deponent, belonging to the legal age, do hereby depose and say :

That I, Roger Ashton represent and warrant that it is my signature on the transfer & waiver of notice document dated 2/17/10 selling my claim to IKP Enterprises.

I affirm that the foregoing is true, under the penalties of perjury this __23rd__ day of __Feb__ 20__10__

x _[signature]_

Roger Ashton

Tax ID: XXX-XX-_____

### ACKNOWLEDGMENT

STATE OF __Utah__                COUNTY OF __Salt Lake__

SUBSCRIBED AND SWORN TO BEFORE ME, this __23__ day of __February__ 20__10__ the undersigned authority personally appeared, __Roger Ashton__ known to me (or proved to me on the basis of satisfactory evidence ) to be the person described herein and acknowledged to me that he/she executed the same in his/her authorized capacity.

__Denise Grant__
NOTARY PUBLIC                                                    seal

My commission expires __4-2-13__

```
DENISE GRANT
Notary Public, State of Utah
Commission #578251
My Commission Expires
04-02-2013
```