UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - - x
                            :    Chapter 7
In re:                      :    Case No.03-26935 JAB
                            :
ALLEN STEEL COMPANY,        :    NOTICE OF TRANSFER OF CLAIM
                            :    OTHER THAN FOR SECURITY
                            :    and
               Debtor(s).   :    WAIVING OF NOTICE
                            x
- - - - - - - - - - - - - -
```

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Notice and evidence is hereby given pursuant to FRBP Rule 3001(e)(2) of the transfer other than for security of the claim referenced in this evidence and notice.

**TRANSFEROR:**

Action Transport                          Claim Number: ____17____

603 South 4050 West                       Claim date: ___11/24/2003___

Salt Lake City, UT 84104                  Last four Digits of account: __NONE__

                                          ~~Email~~: _$725.96_

Notification is waived with respect to this notice of transfer of Claim pursuant to FRBP Rule 3001.

Sign: _____    Date: 2-16-2010

Print name: __Tracy Johnston__    Title: ___Owner___

**TRANSFEREE NOTICE ADDRESS:**           **TRANSFEREE PAYMENT ADDRESS:**

IKP Enterprises                           IKP Enterprises

1939 S 1100 E                             1939 S 1100 E

Salt Lake City, UT 84106                  Salt Lake City, UT 84106

Mike T. Trustee                           Mike T. Trustee

**I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.**

Transferee/Agent _____    Date: 2/15/10

*Penalty for making a false statement: Fine of up to $500,000 dollars or imprisonment up to 5 years or both 18 U.S.C 152& 3571*