# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

```
-----------------------------------------------x
    In re:                                      :    CHAPTER 7
                                                :    CASE No. 03-26935 RMK
    ALLEN STEEL COMPANY,                        :
                                                :    ASSIGNMENT OF CLAIM
         debtor (s)                             :
-----------------------------------------------x
```

## ASSIGNMENT OF CLAIM

COMES NOW, IKP Enterprises (a private trust); Mike Turner Trustee and hereby provides the following in support of this ASSIGNMENT OF CLAIM:

1) THAT IKP Enterprises rightly owns a unclaimed property claim of 108.20 , purchased from Tire World in case 03-26935; United States bankruptcy court for the district of Utah on February 17, 2010 and can legally assign the right to the claim.
2) THAT IKP Enterprises, to date, has received 0.00 (ZERO) and the claim has not been previously sold or satisfied.
3) THAT the rightful claimant of record is now IKP Enterprises via a Transfer and Waiver notice signed by both parties and dated February 17, 2010 and recorded in the case file. Also evidenced is a notarized Affidavit of Creditor letter dated February 23, 2010 as proof of IKP enterprises ownership of the claim.
4) THAT in exchange for valuable consideration, receipt and sufficiency of which are hereby acknowledged, that I, Michael Turner Trustee , do hereby grant and convey all rights, title, and ownership of said claim and any sums of money which may now be due and owing to claimant from said unclaimed funds claim to Russel Terry.

**Assignee**
Russ Terry
1169 Warnock
Salt Lake City, UT 84106
Phone: 801-484-8530

**Assignor**
IKP Enterprises
1939 S 1100 E
Salt Lake City, Ut. 84106
Phone : 801-486-1578

_____4/7/11_____
Date

_____Trustee_____
Title

_____[signature]_____
IKP Enterprises, Mike Turner Trustee as authorized signer

_____MIKE TURNER TRUSTEE___
Print Name

BEFORE ME, the undersigned authority, personally appeared the person above who under oath stated that he/she executed this document for the purposes and consideration stated herein.

SWORN TO AND SUBSCRIBED on this __7__ day of __April____, 20_11_.

_____[signature]_____
Notary Public for the State of Utah

[Notary seal: SERGIO GARCIA, Commission Expires October 19, 2014, State of Utah]

1